```
DENNIS S. WAKS, Bar #142581
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISRAEL PADILLA-OLMERO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-432 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ISRAEL PADILLA-OLMERO ) | Date:  February 10, 2006 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated between the parties, Mike Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the status conference scheduled for January 27, 2006 be vacated and continued for status conference on February 10, 2006 at 10:00 a.m.

This continuance is requested because government's counsel will be out of the district.  Additionally, defense counsel is conducting on-going research and investigation to determine the validity of Mr. Padilla's status as a citizen not subject to deportation.

It is further stipulated that the period from January 27, 2006 through and including February 10, 2006 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  January 25, 2006

                                              Respectfully submitted,

                                              DENNIS S. WAKS
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ISRAEL PADILLA-OLMERO

Dated:  January 25, 2006        MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Mike Beckwith
_____
MIKE BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:__January 26, 2006

                                              /s/ Edward J. Garcia
                                              EDWARD J. GARCIA
United States District Judge