1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd  Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   ISRAEL PADILLA-OLMERO
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-05-432 EJG
                                    )
13                Plaintiff,        )
                                    ) STIPULATION AND ORDER
14      v.                          )
                                    )
15 ISRAEL PADILLA-OLMERO            ) Date:  April 21, 2006
                                    ) Time:  10:00 a.m.
16                Defendant.        ) Judge: Hon. Edward J. Garcia
                                    )
17 _____  )

18      It is hereby stipulated between the parties, Mike Beckwith,

19 Assistant United States Attorney, attorney for Plaintiff, and Mary M.

20 French, attorney for defendant, that the status conference scheduled

21 for April 14, 2006 be vacated and continued for status conference on

22 April 21, 2006 at 10:00 a.m.

23      This continuance is requested because defense counsel will be out

24 of the district the week of April 10th.  Additionally, investigation is

25 continuing as to Mr. Padilla's status as a citizen not subject to

26 deportation.

27      It is further stipulated that the period from April 14, 2006

28 through and including April 21, 2006 should be excluded pursuant to 18

U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  April 6, 2006

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
Acting Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
ISRAEL PADILLA-OLMERO

Dated:  April 6, 2006              MCGREGOR W. SCOTT
United States Attorney

/s/  Mary M. French for
     Mike Beckwith
_____
MIKE BECKWITH
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   April 14, 2006            /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order                               2