DANIEL J. BRODERICK, #89424
Acting  Federal Defender
MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ISRAEL LEONARDO PADILLA-OLMERO



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-05-0432 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR TRANSPORTATION** |
| v. | ) | **ORDER/WRIT OF HABEAS CORPUS AD** |
| | ) | **TESTIFICANDUM** |
| ISRAEL LEONARDO PADILLA-OLMERO, | ) | |
| | ) | Judge:   Hon. Dale A. Drozd |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     This matter came on for a hearing on April 28, 2006, in the

courtroom of the Honorable Dale A. Drozd, United States Magistrate

Judge.  Assistant United States Attorney Michael M. Beckwith appeared

on behalf of the United States of America, and Assistant Federal

Defender Mary M. French appeared on behalf of Defendant Israel Leonardo

Padilla-Olmero.  Pursuant to the court proceedings, the defendant

presents and shows:

     1.  The defendant is now confined as a prisoner in federal custody

in the Sacramento County Jail in the custody of the U.S. Marshal.  The

1  presence of the defendant is necessary in immigration proceedings in

2  Case No. A29 280 827 currently taking place in the Immigration Court in

3  Los Angeles, California, on May 9, 2006 and further dates to be

4  scheduled.  In order to secure the attendance of said prisoner, it is

5  necessary that a Writ of Habeas Corpus ad Testificandum be issued

6  commanding said Custodian, the U.S. Marshal for the Eastern District of

7  California, to produce said prisoner to the Department of Homeland

8  Security, Immigration and Customs Enforcement ("ICE") for

9  transportation to and appearance at the immigration proceedings in Case

10 No. A29 280 827 at such places and times in Los Angeles set by the

11 Immigration Court.  The prisoner is represented in the immigration

12 proceedings by Joseph MBacho, Esquire, 300 S. Imperial Ave., Suite 2,

13 El Centro, CA  92243, telephone (760) 339-9960.

14        WHEREFORE, defendant prays for an order directing the

15 issuance of a Writ of Habeas Corpus ad Testificandum, out of and under

16 the seal of this Court, commanding the U.S. Marshal to have and produce

17 said prisoner to ICE for any and all immigration proceedings in Case

18 No. A29 280 827 taking place in Los Angeles at such places and times

19 set by the Immigration Court, and at the termination of said

20 proceedings in Immigration Court to promptly return him forthwith to

21 the custody of the U.S. Marshal for the Eastern District of California.

22 Dated:  May 8, 2006

23                              Respectfully submitted,

24                              DANIEL S. BRODERICK
                                Acting Federal Defender

25                              /s/ Mary M. French

26                              _____

27                              MARY M. FRENCH
                                Assistant Federal Defender
                                Attorney for Defendant

28

Application for
Transportation Order          -2-

1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6
    Attorney for Defendant
7   ISRAEL LEONARDO PADILLA-OLMERO

8

9
                 IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      )  No. CR S-05-0432 EJG
                                   )
14               Plaintiff,        )
                                   )  **TRANSPORTATION ORDER/WRIT OF**
15       v.                        )  **HABEAS CORPUS AD TESTIFICANDUM**
                                   )
16  ISRAEL LEONARDO PADILLA-OLMERO, )  Judge:    Hon. Dale A. Drozd
                                   )
17               Defendant.        )
                                   )
18  _____ )

19       Israel Leonard Padilla-Olmero, Sac. County inmate #4173729, A29-

20  280-827, a necessary and material party in proceedings in the

21  Immigration Court in Los Angeles, is confined in U.S. Marshal custody

22  in the Sacramento County Jail; in order to secure this inmate's

23  attendance at the immigration proceedings in the Los Angeles area it is

24  necessary that a Transportation Order/Writ of Habeas Corpus ad

25  Testificandum issue commanding the custodian to transfer the inmate to

26  the custody of Immigrations and Customs Enforcement ("ICE").

27  ACCORDINGLY, IT IS ORDERED that:

28  /////

    Application for
    Transportation Order          -3-

1    A Transportation Order/Writ of Habeas Corpus Ad Testificandum

2    issue, under the seal of this Court, commanding the U.S. Marshal to

3    produce the inmate to be produced at any and all Immigration Court

4    proceedings in his case and to retain custody of the inmate for and

5    until completion of immigration court proceedings or as ordered by the

6    Court; and thereafter to return the inmate to the custody of the U.S.

7    Marshal for the Eastern District of California.

8              **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

9    **TO:   THE U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA:**

10   **WE COMMAND** you to produce the inmate named above, Israel Leonardo

11   Padilla-Olmero, to the custody of Immigration and Customs Enforcement

12   ("ICE"), and ICE is ordered to promptly transport the inmate at any and

13   all Immigration Court proceedings in the Los Angeles area in his case

14   and to retain custody of the inmate for and until completion of

15   immigration court proceedings and thereafter to return the inmate to

16   the custody of the U.S. Marshal for the Eastern District of California.

17   **FURTHER**, you are ordered to notify the Court of any change in

18   custody of the inmate and to provide the new custodian with a copy of

19   this writ.

20   DATED: May 9, 2006.

21

22   _____

23   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

24

25   Ddad1/orders.criminal/padilla-olmero0432.writ

26

27

28

Application for
Transportation Order          -4-