1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,          )<br>                             )<br>   v.                        )<br>                             )<br>ISRAEL LEONARDO PEDILLA-OLMERO,)<br>    aka Jose Jesus Padilla,  )<br>                             )<br>         Defendant.          )<br>_____) | CR. S-05-432 EJG<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME<br><br><br>Hon. Edward J. Garcia, Jr. |

The parties request that the status conference currently set for August 4, 2006, be continued to September 22, 2006, and stipulate that the time beginning August 4, 2006, and extending through September 22, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding this time so that the defendant's citizenship and immigration status can be determined, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(1)(authorizing an exclusion of time for a period of delay resulting from another proceeding concerning the defendant).  The defendant's claim to U.S.

1

citizenship is currently being considered by an immigration court in Los Angeles, California.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                  Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

Dated:  August 1, 2006         By:/s/ Michael M. Beckwith
                                  MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney

Dated:  August 1, 2006         By:/s/ Joseph Mbatcho
                                  JOSEPH MBATCHO
                                  Attorney for defendant

**<u>ORDER</u>**

The status conference in case number CR. S-05-432 EJG, currently set for August 4, 2006, is continued to September 22, 2006, and the time beginning August 4, 2006, and extending through September 22, 2006, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the August 1, 2006, stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:___August 2, 2006          /s/ Edward J. Garcia
                                 Edward J. Garcia
                                 Senior U.S. District Judge