```
McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-05-432 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING TIME |
| ISRAEL LEONARDO PEDILLA-OLMERO,) | |
| aka Jose Jesus Padilla, ) | |
| ) | |
| Defendant. ) | Hon. Edward J. Garcia, Jr. |
| ) | |

The parties request that the status conference currently set for October 20, 2006, be continued to November 3, 2006, and stipulate that the time beginning October 20, 2006, and extending through November 3, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  Taking into account the exercise of due diligence, the parties submit that the ends of justice are served by the Court excluding this time so that the parties can review the soon-to-be published PSR, and the defendant can consider the plea agreement in this case.  18 U.S.C. § 3161(h)(8)(authorizing an exclusion of time for attorney preparation).  The parties stipulate and agree that the interests

1  of justice served by granting this continuance outweigh the best
2  interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161(h)(8)(A).
4
5                                      Respectfully Submitted,
6                                      McGREGOR W. SCOTT
                                       United States Attorney
7
8  Dated: October 19, 2006             By:/s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
9                                         Assistant U.S. Attorney
10
11 Dated: October 19, 2006             By:/s/ Joseph Mbatcho
                                          JOSEPH MBATCHO
12                                        Attorney for defendant
13
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**<u>ORDER</u>**

The status conference in case number CR. S-05-432 EJG, currently set for October 20, 2006, is continued to November 3, 2006, and the time beginning October 20, 2006, and extending through November 3, 2006, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons stated in the October 19, 2006, stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:   October 19, 2006        /s/ Edward J. Garcia
                                 Edward J. Garcia
                                 Senior U.S. District Judge